UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: KATUZNY, KENNETH | § | Case No. 12-82715 |
| KATUZNY, CHRISTINE | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 01/30/2013 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated: 12/14/2012         By: /s/MEGAN G. HEEG
                                    Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION**

| | |
|---|---|
| In re: KATUZNY, KENNETH<br>KATUZNY, CHRISTINE<br><br>Debtor(s) | § Case No. 12-82715<br>§<br>§<br>§ |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*      $    8,000.00

*and approved disbursements of*      $    50.00

*leaving a balance on hand of* [1]      $    7,950.00

**Balance on hand:**      $    7,950.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    7,950.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,550.00 | 0.00 | 1,550.00 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 742.50 | 0.00 | 742.50 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 47.00 | 0.00 | 47.00 |

Total to be paid for chapter 7 administration expenses:    $    2,339.50
Remaining balance:    $    5,610.50

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   5,610.50

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $   0.00
Remaining balance:   $   5,610.50

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 54,249.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 35,800.75 | 0.00 | 3,702.55 |
| 2 | GE Capital Retail Bank | 769.54 | 0.00 | 79.59 |
| 3 | Capital One Bank (USA), N.A. | 7,540.12 | 0.00 | 779.81 |
| 4 | Capital One Bank (USA), N.A. | 5,140.50 | 0.00 | 531.63 |
| 5 | Capital One Bank (USA), N.A. | 4,998.24 | 0.00 | 516.92 |

Total to be paid for timely general unsecured claims:   $   5,610.50
Remaining balance:   $   0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Kenneth Katuzny
Christine Katuzny
    Debtors

Case No. 12-82715-TML
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3     User: kkrystave     Page 1 of 2     Date Rcvd: Jan 09, 2013
                     Form ID: pdf006     Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2013.

```
db/jdb     +Kenneth Katuzny,   Christine Katuzny,   11307 Preservation Way,   Richmond, IL 60071-8703
19155931   +AFT Plus Mastercard,   PO Box 88000,   Baltimore, MD 21288-0001
19195070   +Andrew J. Nelson,   PIERCE & ASSOCIATES, P.C.,   1 North Dearborn, Suite 1300,
             Chicago, Illinois 60602-4373
19496465    Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
19155934   +Capitol One,   PO Box 30285,   Salt Lake City, UT 84130-0285
19155940  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court: us bank,   4801 fredrica st,   owensboro, KY 42301)
19155932   +bank of america,   po box 26078,   greensboro, NC 27420-6078
19155933   +capital one,   po box30285,   salt lake city, UT 84130-0285
19155935   +chase,   po box 15298,   wilmington, DE 19850-5298
19155936   +citibank,   box 6500,   sioux falls, SD 57117-6500
19155937   +cxapital one,   po box30285,   salt lake city, UT 84130-0285
19155939  #+green planet servicing,   10 research pkwy,   wallingford, CT 06492-1963
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19493772    E-mail/PDF: rmscedi@recoverycorp.com Jan 10 2013 02:01:28    GE Capital Retail Bank,
             c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
19456064   +E-mail/Text: resurgentbknotifications@resurgent.com Jan 10 2013 01:51:08
             PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
             PO Box 19008,   Greenville, SC 29602-9008
19155938   +E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2013 02:03:28    ge capital retail bank - sams club,
             po box 965003,   orlando, FL 32896-5003
                                                                                              TOTAL: 3
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty        Ehrmann Gehlbach Badger Lee & Considine LLC
                                                         TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 11, 2013**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-3          User: kkrystave          Page 2 of 2          Date Rcvd: Jan 09, 2013
                              Form ID: pdf006          Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2013 at the address(es) listed below:

        Andrew J Nelson   on behalf of Creditor   Green Planet anelson@atty-pierce.com, northerndistrict@atty-pierce.com
        Megan G Heeg   heeg@egblc.com, IL55@ecfcbis.com
        Megan G Heeg   on behalf of Trustee Megan G Heeg heeg@egblc.com, IL55@ecfcbis.com
        Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov
        Robert M. Kaplan   on behalf of Debtor Kenneth Katuzny rmkap@sbcglobal.net
        Robert M. Kaplan   on behalf of Joint Debtor Christine Katuzny rmkap@sbcglobal.net
        Toni Dillon   on behalf of Creditor   Green Planet tdillon@atty-pierce.com, northerndistrict@atty-pierce.com

        TOTAL: 7