**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION**

In re: KATUZNY, KENNETH § Case No. 12-82715
      KATUZNY, CHRISTINE §
 §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    MEGAN G. HEEG, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $630,000.00<br>*(without deducting any secured claims)* | Assets Exempt: $173,800.00 |
| Total Distribution to Claimants: $5,610.50 | Claims Discharged<br>Without Payment: $64,298.65 |
| Total Expenses of Administration: $2,389.50 | |

    3) Total gross receipts of $    8,000.00    (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $8,000.00
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $457,829.25 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,389.50 | 2,389.50 | 2,389.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 68,640.47 | 54,249.15 | 54,249.15 | 5,610.50 |
| **TOTAL DISBURSEMENTS** | $526,469.72 | $56,638.65 | $56,638.65 | $8,000.00 |

4) This case was originally filed under Chapter 7 on July 16, 2012. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/01/2013          By: /s/MEGAN G. HEEG
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cash: 200.00 | 1129-000 | 200.00 |
| Checking Account: checking account | 1129-000 | 2,394.03 |
| Auto: 2004 chevrolet avalanche | 1129-000 | 2,513.77 |
| Auto: 1973 buick centurian | 1129-000 | 2,892.20 |
| **TOTAL GROSS RECEIPTS** | | **$8,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | us bank | 4110-000 | 311,460.34 | N/A | N/A | 0.00 |
| NOTFILED | green planet servicing | 4110-000 | 22,696.00 | N/A | N/A | 0.00 |
| NOTFILED | bank of america | 4110-000 | 123,672.91 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$457,829.25** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,550.00 | 1,550.00 | 1,550.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 742.50 | 742.50 | 742.50 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 47.00 | 47.00 | 47.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,389.50 | $2,389.50 | $2,389.50 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 35,000.00 | 35,800.75 | 35,800.75 | 3,702.55 |
| 2 | Midland Funding LLC | 7100-000 | 680.47 | 769.54 | 769.54 | 79.59 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 7,400.00 | 7,540.12 | 7,540.12 | 779.81 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 5,000.00 | 5,140.50 | 5,140.50 | 531.63 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Capital One Bank (USA), N.A. | 7100-000 | 4,900.00 | 4,998.24 | 4,998.24 | 516.92 |
| NOTFILED | chase | 7100-000 | 4,900.00 | N/A | N/A | 0.00 |
| NOTFILED | AFT Plus Mastercard | 7100-000 | 10,760.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $68,640.47 | $54,249.15 | $54,249.15 | $5,610.50 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-82715  
**Case Name:** KATUZNY, KENNETH  
KATUZNY, CHRISTINE  
**Period Ending:** 04/01/13

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 07/16/12 (f)  
**§341(a) Meeting Date:** 08/13/12  
**Claims Bar Date:** 12/11/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Residence: primary, Location: 11307 preservation  Orig. Description: Residence: primary, Location: 11307 preservation way richmond, IL 60071 | 300,000.00 | 0.00 | | 0.00 | FA |
| 2 | Residence: this property is on market, Location:  Orig. Description: Residence: this property is on market, Location: 9109 ashland, franklin park, il 60131 | 149,000.00 | 0.00 | | 0.00 | FA |
| 3 | Cash: 200.00  Orig. Description: Cash: 200.00 Location: 11307 preservation way richmond, IL, 60071 | 200.00 | 200.00 | | 200.00 | FA |
| 4 | Checking Account: checking account  Orig. Description: Checking Account: checking account Location: bank of america, po box 25118, tampa, fl 33622. balance was $2,394.03 on 7/16/12 | 400.00 | 2,394.03 | | 2,394.03 | FA |
| 5 | usual and customary household goods and furnitur  Orig. Description: usual and customary household goods and furniture | 3,000.00 | 0.00 | | 0.00 | FA |
| 6 | Books-Music: various books - cds dvds  Orig. Description: Books-Music: various books - cds dvds Location: 11307 preservation way richmond, IL, 60071 | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Clothes: misc clothing  Orig. Description: Clothes: misc clothing Location: 11307 preservation way richmond, IL, 60071 | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry: wedding rings - watches - costume jewel  Orig. Description: Jewelry: wedding rings - watches - costume jewelry | 800.00 | 0.00 | | 0.00 | FA |
| 9 | Trade Tools: various home maintenence tools  Orig. Description: Trade Tools: various home maintenence tools | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Retirement: 401 k account  Orig. Description: Retirement: 401 k account Location: northern trust, po box 92963, chgo, il 60607 | 160,000.00 | 0.00 | | 0.00 | FA |
| 11 | Stock: allstate - disney  Orig. Description: Stock: allstate - disney Location: | 8,500.00 | 19.50 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-82715  
**Case Name:** KATUZNY, KENNETH  
                KATUZNY, CHRISTINE  
**Period Ending:** 04/01/13

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 07/16/12 (f)  
**§341(a) Meeting Date:** 08/13/12  
**Claims Bar Date:** 12/11/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| | wells fargo, 1 n jefferson ave, st louis mo. 63103. value was $8,019.00 on June 30, 2012 | | | | | |
| 12 | Auto: 2002 gmc yukon<br>Orig. Description: Auto: 2002 gmc yukon Location: 11307 preservation way richmond, IL, 60071 | 7,000.00 | 0.00 | | 0.00 | FA |
| 13 | Auto: 2004 chevrolet avalanche<br>Orig. Description: Auto: 2004 chevrolet avalanche Location: 11307 preservation way richmond, IL, 60071 | 3,000.00 | 2,513.77 | | 2,513.77 | FA |
| 14 | Auto: 1973 buick centurian<br>Orig. Description: Auto: 1973 buick centurian Location: 11307 preservation way richmond, IL, 60071 | 3,500.00 | 2,892.20 | | 2,892.20 | FA |
| 15 | Wells Fargo NA Sweep Account  (u) | 0.00 | 0.00 | | 0.00 | FA |
| **15** | **Assets    Totals** (Excluding unknown values) | **$637,100.00** | **$8,019.50** | | **$8,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   February 28, 2013      **Current Projected Date Of Final Report (TFR):**   December 14, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-82715  
**Case Name:** KATUZNY, KENNETH  
KATUZNY, CHRISTINE  
**Taxpayer ID #:** **-***9245  
**Period Ending:** 04/01/13

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******68-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/16/12 | | Kenneth and Christine Katuzny | Court approved buy back of vehicles | | 8,000.00 | | 8,000.00 |
| | {3} | | 200.00 | 1129-000 | | | 8,000.00 |
| | {4} | | 2,394.03 | 1129-000 | | | 8,000.00 |
| | {13} | | 2,513.77 | 1129-000 | | | 8,000.00 |
| | {14} | | 2,892.20 | 1129-000 | | | 8,000.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,975.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,950.00 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033049088<br>20130117 | 9999-000 | | 7,950.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,000.00 | 8,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 7,950.00 | |
| | | | **Subtotal** | | 8,000.00 | 50.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,000.00** | **$50.00** | |

{} Asset reference(s)

Printed: 04/01/2013 11:06 AM    V.13.13

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-82715  
**Case Name:** KATUZNY, KENNETH  
KATUZNY, CHRISTINE  
**Taxpayer ID #:** \*\*-\*\*\*9245  
**Period Ending:** 04/01/13

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*157466 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 7,950.00 | | 7,950.00 |
| 02/14/13 | 10101 | MEGAN G. HEEG | Dividend paid 100.00% on $1,550.00, Trustee Compensation; Reference: | 2100-000 | | 1,550.00 | 6,400.00 |
| 02/14/13 | 10102 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $742.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 742.50 | 5,657.50 |
| 02/14/13 | 10103 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $47.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 47.00 | 5,610.50 |
| 02/14/13 | 10104 | PYOD, LLC its successors and assigns as assignee | Dividend paid 10.34% on $35,800.75; Claim# 1; Filed: $35,800.75; Reference: XXXXXXXXXXXX0371 | 7100-000 | | 3,702.55 | 1,907.95 |
| 02/14/13 | 10105 | GE Capital Retail Bank | Dividend paid 10.34% on $769.54; Claim# 2; Filed: $769.54; Reference: XXXXXXXXXXXX0911<br>Voided on 02/14/13 | 7100-000 | | 79.59 | 1,828.36 |
| 02/14/13 | 10105 | GE Capital Retail Bank | Dividend paid 10.34% on $769.54; Claim# 2; Filed: $769.54; Reference: XXXXXXXXXXXX0911<br>Voided: check issued on 02/14/13 | 7100-000 | | -79.59 | 1,907.95 |
| 02/14/13 | 10106 | Capital One Bank (USA), N.A. | Dividend paid 10.34% on $7,540.12; Claim# 3; Filed: $7,540.12; Reference: XXXXXXXXXXXX3339 | 7100-000 | | 779.81 | 1,128.14 |
| 02/14/13 | 10107 | Capital One Bank (USA), N.A. | Dividend paid 10.34% on $5,140.50; Claim# 4; Filed: $5,140.50; Reference: XXXX-XXXX-XXXX-4462 | 7100-000 | | 531.63 | 596.51 |
| 02/14/13 | 10108 | Capital One Bank (USA), N.A. | Dividend paid 10.34% on $4,998.24; Claim# 5; Filed: $4,998.24; Reference: XXXXXXXXXXXX1916 | 7100-000 | | 516.92 | 79.59 |
| 02/14/13 | 10109 | Midland Funding LLC | Ref # XXXXXXXXXXXX0911 | 7100-000 | | 79.59 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,950.00 | 7,950.00 | $0.00 |
| | | | Less: Bank Transfers | | 7,950.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 7,950.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$7,950.00** | |

{} Asset reference(s)

Printed: 04/01/2013 11:06 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 12-82715 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | KATUZNY, KENNETH | | Bank Name: | Rabobank, N.A. |
| | KATUZNY, CHRISTINE | | Account: | ****157466 - Checking Account |
| Taxpayer ID #: | **-***9245 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 04/01/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******68-66** | **8,000.00** | **50.00** | **0.00** |
| **Checking # ****157466** | **0.00** | **7,950.00** | **0.00** |
| | **$8,000.00** | **$8,000.00** | **$0.00** |